## Wright *v.* Rickman, Appellant.

Argued March 22, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

Before BURCH, J.

*Walter R. Milbourne,* with him *Pepper, Hamilton & Scheetz,* for appellant.

*Robert E. Gabriel,* with him *Rudolph S. Pallastrone,* and *Fortunato, Gabriel & Pallastrone,* for appellee.

OPINION PER CURIAM, April 12, 1962:

The order of the court below granting plaintiff's motion for new trial as to Percy Rickman, defendant, is affirmed on the opinion of Judge BURCH of the County Court of Philadelphia, as reported in 26 Pa. D. & C. 2d 514.